AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| LAURI HINES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-cv-02469-DMS-JMA |
| HUNT & HENRIQUES | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, LAURI HINES

Date: 01/20/2012

/s/ Douglas S. Baek
*Attorney's signature*

Douglas S. Baek, Esq. (SBN 258321
*Printed name and bar number*

Krohn & Moss, Ltd.
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA 90025

*Address*

dbaek@consumerlawcenter.com
*E-mail address*

(323) 988-2400
*Telephone number*

(866) 829-5083
*FAX number*